# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2026

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 26-60177    USA v. Gabriel-Lopez
                USDC No. 1:25-CR-106-1

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Shea E. Pertuit*

        By: _____
        Shea E. Pertuit, Deputy Clerk
        504-310-7666

cc w/encl:
    Mr. Jonathan David Buckner
    Mr. Gaines H. Cleveland
    Mrs. Shundral Hobson Cole
    Mr. Michael Wesley Crosby