# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 9, 2026

Lyle W. Cayce
Clerk

—————————

No. 26-60177

—————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Josefina Gabriel-Lopez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:25-CR-106-1

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of July 9, 2026, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

No. 26-60177

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

By: _____

Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**Certified as a true copy and issued
as the mandate on Jul 09, 2026**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2